automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

No. D–1688. IN RE DISBARMENT OF GARRIGAN. Daniel P. Garrigan, of Dallas, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1689. IN RE DISBARMENT OF TAYLOR. Joe Edward Taylor, of Dallas, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1690. IN RE DISBARMENT OF WEINIG. Harvey Weinig, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–67. POZSGAY v. POZSGAY; and

No. M–69. COLON v. FLORIDA COMMISSION ON ETHICS. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 120, Orig. NEW JERSEY v. NEW YORK. Motion of the Special Master for award of fees and expenses granted, and the Special Master is awarded a total of $144,837.50 for the period November 18, 1995, through May 15, 1996, to be paid equally by the parties. [For earlier order herein, see, e. g., 516 U. S. 1026.]

No. 95–891. OHIO v. ROBINETTE. Sup. Ct. Ohio. [Certiorari granted, 516 U. S. 1157.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 95–974. ARIZONANS FOR OFFICIAL ENGLISH ET AL. v. ARIZONA ET AL. C. A. 9th Cir. [Certiorari granted, ante, p. 1102.] Motion of U. S. English, Inc., for leave to file a brief as amicus curiae granted.

No. 95–1065. SCHENCK ET AL. v. PRO-CHOICE NETWORK OF WESTERN NEW YORK ET AL. C. A. 2d Cir. [Certiorari granted,

516 U. S. 1170.] Motion of Legal Defense for Unborn Children for leave to file a brief as *amicus curiae* denied. Motion of Alan Ernest for leave to represent children unborn and born alive denied.

No. 95–1081. INGALLS SHIPBUILDING, INC., ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR, ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 1186.] Motion of the parties to dispense with printing the joint appendix granted.

No. 94–1476. OWENS-CORNING FIBERGLAS CORP. *v.* PICKERING, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF PICKERING, DECEASED, ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 95–800. OWENS-CORNING FIBERGLAS CORP. *v.* BRENNAN. C. A. 9th Cir. Certiorari denied.

No. 95–818. OWENS-CORNING FIBERGLAS CORP. *v.* REKDAHL ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–951. HARRIS *v.* CHASE MANHATTAN BANK, N. A., ET AL. Sup. Ct. Cal. Certiorari denied.

No. 95–1056. COPELAND *v.* MBNA AMERICA BANK, N. A. Sup. Ct. Colo. Certiorari denied.

No. 95–1257. FALLINI ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 95–1318. PITTMAN ET AL. *v.* CHICAGO BOARD OF EDUCATION ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–1348. LOWENSCHUSS *v.* RESORTS INTERNATIONAL, INC. C. A. 9th Cir. Certiorari denied.

No. 95–1355. CHAPLIN *v.* UNITED STATES;
No. 95–8134. RATLIFF *v.* UNITED STATES; and
No. 95–8147. LAWRENCE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 69 F. 3d 419.

No. 95–1440. PRESIDENT CONTAINER, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.